UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BARFIELD, ET AL., | : | CIVIL NO. 3:18-CV-1198 (MPS) |
| | : | |
| V. | : | |
| | : | |
| ROLLIN COOK, | : | NOVEMBER 6, 2020 |

## JOINT MOTION TO AMEND CLASS DEFINITION

WHEREAS, on April 1, 2020, the parties filed their proposed settlement agreement, and on November 6, 2020, the parties filed their Proposed Amended Settlement Agreement, agreeing to extend the Agreement to March 1, 2022. Therefore, pursuant to Rule 23 Fed. R. Civ. P, the parties respectfully move to amend the class definition, so that the class of plaintiffs in this action shall be defined as follows:

> **"All inmates, both sentenced and unsentenced, who were, are, or will be confined in a Connecticut Department of Correction facility, since the filing of this complaint until March 1, 2022."**

Wherefore, pursuant to this Court' authority to modify and clarify the class definition, and pursuant to the parties' agreement, the parties jointly request the Court grant this motion and approve the definition of the amended class. See *Alexander v. Price*, 275 F. Supp. 3d 313, 318 (D. Conn. 2017).

| PLAINTIFFS | DEFENDANT |
|---|---|
| Robert Barfield, et al. | Rollin Cook, Commissioner, |
| | Connecticut Department of Correction |
| | |
| | WILLIAM TONG |
| | ATTORNEY GENERAL |
| By:_____/s/_____ | By:_____/s/_____ |
| Kenneth J. Krayeske | Terrence M. O'Neill |
| Kenneth J. Krayeske Law Offices | Assistant Attorney General |
| 255 Main Street, 5th flr. | Federal Bar #ct10835 |
| Hartford, CT 06106 | 110 Sherman St. |
| Fed Bar No._____ | Hartford, CT 06105 |
| C: 860-995-5842 | Tel. 860-808-5450 |
| F: 860-760-6590 | Fax: 860-808-5591 |
| attorney@kenkrayeske.com | terrence.oneill@ct.gov |

| | |
|---|---|
| By:_____/s/_____<br>DeVaughn Ward<br>Ward Law LLC<br>255 Main Street, 5th flr.<br>Hartford, CT 06106<br>Tel: 860-351-3047<br>Email: dward@attyward.com | By:_____/s/_____<br>Steven R. Strom<br>Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT 06105<br>Federal Bar #ct01211<br> Tel.:  (860) 808-5450<br>Fax:  (860) 808-5591<br>E-mail: steven.strom@ct.g |

## **CERTIFICATION**

I hereby certify that on Nov. 6, 2020, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                                      */s/ Steven R. Strom*_____

                                      Steven R. Strom<br>                                      Assistant Attorney General