UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BARFIELD | : | CIVIL ACTION NO. 3:18CV1198(MPS) |
| v. | : | |
| ANGEL QUIROS | : | DECEMBER 31, 2020 |

## DEFENDANT'S INITIAL STATUS REPORT (CORRECTED)

Pursuant to Paragraphs 4 and 5 of the Parties' Proposed Amended Settlement Agreement and Release dated November 6, 2020 (Doc. No. 133), the defendant hereby files the following report of inmate data.[1]

1. **Inmate Census As Of The End Of The Reporting Period:**

    As of December 31, 2020, there are 9,111 inmates incarcerated in DOC facilities as reported by the Connecticut Office of Policy and Management Daily Report located at SAC Homepage (ct.gov).

2. **Number of Inmates Tested For HCV Since August 6, 2019:**

    During the reporting period, 14,082 inmates were tested for HCV.

3. **Number of Inmates Who Tested Positive For HCV From August 6, 2019 to the End Of This Reporting Period:**

    During the reporting period, 1,398 inmates tested positive for HCV.

---

[1] Please note that this is a corrected report. A page was missing from the original report filed earlier today.

1

4. **The Number of Inmates Who Refused HCV Testing From August 6, 2019 to the End Of This Reporting Period:**

   During the reporting period, 3,056 inmates refused HCV testing.

5. **Number of Inmates Deemed Ineligible For Treatment From August 6, 2019 to the End of This Reporting Period:**

   During the reporting period, no inmates were determined to be ineligible for treatment.

6. **The Cumulative Total Number of Inmates Taking or Who Have Taken Direct Acting Antiviral (DAA) Medications for Treatment of Chronic HCV Infection:**

   During the reporting period, 475 inmates have received DAA medications for chronic HCV infection.

7. **The Staging Scores of a Randomly Selected Group of 100 Inmates Who Tested Positive For HCV and Have Not Yet Received Treatment With DAAs:**

   As of the filing of this report, there are no inmates who have tested positive with chronic HCV who have been staged but not yet treated with DAAs.

8. **The Staging Scores of a Randomly Selected Group of 100 Inmates Who Tested Positive For HCV and Have Been Treated With DAAs**

    F0   - 41
    F0-1 - 11
    F1   - 0
    F1-F2 - 17
    F2   - 7
    F3   - 13
    F4   - 11

DEFENDANT
ANGEL QUIROS

WILLIAM TONG
ATTORNEY GENERAL


BY:_____/S/_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
Juris No. 412261
E-Mail: terrence.oneill@ct.gov

# CERTIFICATION

I hereby CERTIFY that on December 31, 2020, a copy of the foregoing Status Report was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to access the Court's electronic filing system as listed below. Parties may access this filing through the Court's CM/ECF System.

/S/
Terrence M. O'Neill
Assistant Attorney General