April 9, 2021

Dear Your Honor

I'm serving time in Osborn C.I. in Connecticut. I have HEP-B & HEP-C also Gla-coma, and I'm going Blind. I'm Being DENIED Treatment For HEP-B.

HEP-B is treated with three shot's to get rid of the Deascease. I were given only two shot's and they, medical Nurse, name GABBY, which said, I'll get my 3RD SHOT in March 2021. When march, came, GABBY and THE DOCTOR, TOLD ME, i'll get my 3RD SHOT, that day.

So, hear i am - NO 3RD SHOT. You can't start, treatment and Don't Finish it.

I'm 68 year's old. I need your HELP, PLEASE!!

Smith Earl #13734

↓

PLEASE HELP,