UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BARFIELD, ET AL., | : | CIVIL NO. 3:18-CV-1198 (MPS) |
| | : | |
| V. | : | |
| | : | |
| ANGEL QUIROS | : | JULY 1, 2021 |

## JOINT STATUS REPORT

WHEREAS, on May 17, 2021, the Court (*Shea, J.*) denied the parties' motion to approve the Settlement Agreement (ECF No. 151), and thereafter ordered the parties to file a Joint Status Report, (ECF No. 159), pursuant to the Court's Order, the parties respond as follows to the Court's questions: indicating either (1) they have reached a new settlement agreement or are in the process of negotiations and the timetable of the parties' negotiations; or (2) they are going to continue litigating the matter. As to (1), the parties have not yet reached a new settlement agreement, but the parties jointly respectfully represent that the resolution of this case would benefit from continued discussions under the supervision of Magistrate Judge Meriam. Judge Merriam has conveyed to the parties that she is willing to continue to supervise such discussions and also has conveyed that she has no objection to the extension of the deadlines she has set for settlement discussions, provided that such extensions of time are acceptable to Judge Shea. Any substantial modifications to the settlement agreement may require submission to and approval by the Connecticut legislature as required by Conn. Gen. Stat. §3-125a. Since the legislature does not convene again until February, 2022, the parties respectfully suggest that the best benefit of this additional time would be to meet and confer under the supervision of Magistrate Judge Merriam to discuss and to resolve the outstanding issues that remain in the above-captioned certified class action.

| PLAINTIFFS | DEFENDANT |
|---|---|
| Robert Barfield, et al. | Angel Quiros, Commissioner, Connecticut Department of Correction |
| | WILLIAM TONG<br>ATTORNEY GENERAL |

By:_____/s/_____  
Kenneth J. Krayeske  
Kenneth J. Krayeske Law Offices  
255 Main Street, 5th flr.  
Hartford, CT 06106  
Fed Bar No._____  
C: 860-995-5842  
F: 860-760-6590  
attorney@kenkrayeske.com

By:_____/s/_____  
Terrence M. O'Neill  
Assistant Attorney General  
Federal Bar #ct10835  
110 Sherman St.  
Hartford, CT 06105  
Tel. 860-808-5450  
Fax: 860-808-5591  
terrence.oneill@ct.gov

By:_____/s/_____  
DeVaughn Ward  
Ward Law LLC  
255 Main Street, 5th flr.  
Hartford, CT 06106  
Tel: 860-351-3047  
Email: dward@attyward.com

By:_____/s/_____  
Steven R. Strom  
Assistant Attorney General  
110 Sherman Street  
Hartford, CT 06105  
Federal Bar #ct01211  
Tel.: (860) 808-5450  
Fax: (860) 808-5591  
E-mail: steven.strom@ct.gov

### CERTIFICATION

I hereby certify that on July 1, 2021, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_/s/_____  
Steven R. Strom  
Assistant Attorney General