UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BARFIELD | : | CIVIL ACTION NO. 3:18-CV-1198(MPS) |
| | : | |
| v. | : | |
| | : | |
| ANGEL QUIROS | : | DECEMBER 30, 2021 |

## DEFENDANT'S STATUS REPORT

Pursuant to Paragraphs 4 and 5 of the Parties' Proposed Amended Settlement Agreement and Release dated November 6, 2020 (Doc. No. 133), and the parties' agreement made under the supervision of Judge Merriam, the defendant hereby files the following report of inmate data for the period ending on or about December 30, 2021.

1. **Inmate Census As Of The End Of The Reporting Period:**

    As of December 28, 2021, there are 9,531 inmates incarcerated in DOC facilities as reported by the Connecticut Office of Policy and Management Daily Report located at https://portal.ct.gov/OPM/CJ-About/CJ-SAC/SAC-Sites/SAC-Homepage.

2. **Number of Inmates Tested For HCV Since August 6, 2019:**

    There have been 18,752 inmates tested for HCV since August 6, 2019.

3. **Number of Inmates Who Tested Positive For HCV From August 6, 2019 to the End Of This Reporting Period:**

    Since August 6, 2019, 1,856 inmates cumulatively have tested positive for HCV.

4. **The Number of Inmates Who Refused HCV Testing From August 6, 2019 to the End Of This Reporting Period:**

   Since August 6 2019, 4,197 inmates cumulatively have refused HCV testing.

5. **Number of Inmates Deemed Ineligible For Treatment From August 6, 2019 to the End of This Reporting Period:**

   During the reporting period, no inmates were determined to be ineligible for treatment.

6. **The Cumulative Total Number of Inmates Taking or Who Have Taken Direct Acting Antiviral (DAA) Medications for Treatment of Chronic HCV Infection:**

   Since August 6, 2019, 866 inmates have taken or are currently taking DAA medications for HCV infection.

                                             Respectfully submitted,

                                             DEFENDANT
                                             ANGEL QUIROS

                                             WILLIAM TONG
                                             ATTORNEY GENERAL

                                             BY: /s/ Terrence M. O'Neill
                                             Terrence M. O'Neill
                                             Assistant Attorney General
                                             110 Sherman Street
                                             Hartford, CT 06105
                                             Tel.: (860) 808-5450
                                             Fax: (860) 808-5591
                                             Fed Bar No. ct10835
                                             E-Mail: Terrence.oneill@ct.gov

## CERTIFICATION

I hereby CERTIFY that on December 30, 2021, a copy of the foregoing Status Report was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to access the Court's electronic filing system as listed below. Parties may access this filing through the Court's CM/ECF System.

                                                   _/s/ Terrence M. O'Neill____
                                                   Terrence M. O'Neill
                                                   Assistant Attorney General