UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT BARFIELD ) | |
|     Plaintiff ) | CIVIL ACTION NO.: |
| ) | |
| V. ) | 3:18-cv-01198 (MPS) |
| ) | |
| ANGEL QUIROS ) | |
|     Defendant, in his official capacity ) | |
|     As Commissioner of the Connecticut ) | |
|     Department of Correction ) | MARCH 11, 2022 |

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
AND APPROVAL OF PROPOSED NOTICE TO CLASS OF SETTLEMENT**

Pursuant to this Court's Order ECF 204 (dated 02/23/2022), counsel for Plaintiff Robert Barfield et al files this motion for preliminary approval of the Proposed Superseding Settlement Agreement and the Proposed Superseding Class Notice. Defendant consents to this motion. A memorandum of law with exhibits containing the Proposed Superseding Settlement Agreement and the Proposed Superseding Class Notice is filed concurrently.

The Court should grant preliminary approval of the settlement agreement, approve the notice and set a calendar for notice and a fairness hearing.

PLAINTIFF
ROBERT BARFIELD, ET AL


_____/s/_____
Kenneth J. Krayeske, Esq.
Counsel for Robert Barfield
Kenneth J. Krayeske Law Offices
255 Main Street, 5th Floor
(860) 969-4911
 FAX: (860) 760-6590
eMail: attorney@kenkrayeske.com
Federal Bar # CT28498




/S/ DEVAUGHN WARD
 Devaughn Ward, Esq.
Ward Law LLC
255 Main Street, 5th Floor
Hartford, CT 06106
T: 860 351 3047
email: dward@attyward.com
Federal Bar # CT30321

**CERTIFICATE OF SERVICE**

I hereby CERTIFY that on March 11, 2022, a copy of the foregoing Motion for Preliminary Approval and Motion for Approval of Class Notice was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to access the Court's electronic filing system as listed below. Parties may access this filing through the Court's CM/ECF System.

                                                   */s/ Kenneth J. Krayeske*
                                                   Kenneth J. Krayeske, Esq.