Mr. Luis A. Otero #241729
Osborn Correctional Inst.
335 Bilton Road
P.O. Box 100
Somers, Conn. 06071

April 18, 2022

Hon: Michael P. Shea
United States District Judge
United States District Court
141 Church Street
New Haven, Conn. 06510

In Re: Robert Barfield, et al, -vs-
Angel Quiros, in his Official
Capacity as Commissioner of
the Connecticut Department of
Correction.

Your Honor:

The parties in the Above-Captioned lawsuit have Recently entered into a Settlement Agreement, subject to Final Approval by the Court. Mr. Kenneth J. Krayeske are Representing us in this Action.

As a member of this Class-Action, I want to submit my objections to that proposed Settlement Agreement. I want my objections to be considered by the Court and make them part of the Record in this case. My objections

are as Follow:

After U. Conn. Health Center terminated its contracts with the Department of Correction in providing health care providers in prisons and County Jails, the Department of Correction Recruit correctional staffs who are untrained, incompetent, unskilled, underqualified and too often sadistic to do so. Such Action have a tremendous negative impact in inmate's health care services.

For example, Among other things, When we submit a Request (sick-call) to see a doctor, it take two to three weeks before we see someone. And worst of All, After waiting that long, we must be seen by a nurse First and if we are lucky enough, then, our name will be place in a long list to see a doctor.

The proposed Settlement Agreement does not covered the inadequate medical services as a whole and, therefore, is not Fair, Reasonable and Adequate. The Above-captioned lawsuit should be Amended to Reflect the inadequacy of medical services as a whole.

Why the Above-Captioned lawsuit were settled for second time.?

Thank you for your Consideration.

Very Truly Yours:

Luis A. Otero

cc: Mr: Kenneth J. Krayeske. Esq
File.