UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BARFIELD | : | CIVIL ACTION NO. 3:18-CV-1198(MPS) |
| | : | |
| v. | : | |
| | : | |
| ANGEL QUIROS | : | JUNE 30, 2022 |

## DEFENDANT'S FINAL STATUS REPORT

Pursuant to Paragraph 4 of the Parties' Superseding Settlement Agreement and Release dated March 11, 2022 (Doc. No. 207-2), approved after a fairness hearing on May 31, 2022, (Doc. No. 225) the defendant hereby provides this final report under the agreement, and files the following report of inmate data for the period ending on or about June 28, 2022.

1. **Inmate Census As Of The End Of The Reporting Period:**

   As of June 30, 2022, there are 9,966 inmates incarcerated in DOC facilities

2. **Number of Inmates Tested For HCV Since August 6, 2019:**

   There have been **21,360** inmates cumulatively tested for HCV since August 6, 2019.

3. **Number of Inmates Who Tested Positive For HCV From August 6, 2019 to the End Of This Reporting Period:**

   Since August 6, 2019, **2,131** inmates cumulatively have tested positive for HCV.

4. **The Number of Inmates Who Refused HCV Testing From August 6, 2019 to the End Of This Reporting Period:**

   Since August 6 2019, **5,271** inmates cumulatively have refused HCV testing.

5. **Number of Inmates Deemed Ineligible For Treatment From August 6, 2019 to the End of This Reporting Period:**

   During the reporting period, no inmates were determined to be ineligible for treatment.

6. **The Cumulative Total Number of Inmates Taking or Who Have Taken Direct Acting Antiviral (DAA) Medications for Treatment of Chronic HCV Infection:**

   Since August 6, 2019, **1010** distinct inmates have taken or are currently taking DAA medications for HCV infection. (several have been treated twice and two have been treated three times)

Respectfully submitted,

DEFENDANT
ANGEL QUIROS
Commissioner of Correction

WILLIAM TONG
ATTORNEY GENERAL


BY: */s/   Terrence M. O'Neill*____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
Fed Bar No. ct10835
E-Mail:  Terrence.oneill@ct.gov


BY:  __*Steven R. Strom*____
Steven R. Strom
Assistant Attorney General
Federal Bar No. ct01211
110 Sherman Street
Hartford, CT 06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
Email:  steven.strom@ct.gov

## **CERTIFICATION**

I hereby CERTIFY that on June 30, 2022, a copy of the foregoing Status Report was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to access the Court's electronic filing system as listed below. Parties may access this filing through the Court's CM/ECF System.

        /s/Steven R. Strom
        Steven R. Strom
        Assistant Attorney General